

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIRAN KAUR, individually, and on behalf of other members of the general public similarily situated, <br><br>        Plaintiff-Petitioner, <br><br>v. <br><br>THINGS REMEMBERED, INC., a Delaware Corporation, <br><br>        Defendant-Respondent. | No.   16-80060 <br><br>D.C. No. 3:14-cv-05544-VC <br>Northern District of California, <br>San Francisco <br><br><br>ORDER |

Before: KOZINSKI and PAEZ, Circuit Judges.

Petitioner's motion for leave to file a reply in support of the petition is granted. The reply has been filed.

The court, in its discretion, grants the petition for permission to appeal the district court's April 20, 2016 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

hmb/MOATT

In addition to all other issues the parties may wish to raise in this appeal, the parties shall brief the issue of whether the district court should have considered less drastic alternatives before denying class certification based on concerns with the vigor of class counsel's representation. *See, e.g.*, *Busby v. JRHBW Realty, Inc.*, 513 F.3d 1314, 1323-24 (11th Cir. 2008) ("In the event that class counsel does act improperly, the ordinary remedy is disciplinary action against the lawyer and remedial notice to class members, not denial of class certification.") (internal citation omitted).

The court sua sponte grants any individual or entity leave under Federal Rule of Appellate Procedure 29(a) to file an amicus curiae brief addressing the above-stated issue in this appeal. The brief(s) shall comply with Federal Rule of Appellate Procedure 29(c) and (d); the due dates are governed by Rule 29(e).